Application by the defendant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, (1) a decision and order of this Court dated May 3, 2011 (People v Clemente, 84 AD3d 829 [2011]), affirming a judgment of the Supreme Court, Queens County, rendered April 30, 2008, and (2) a decision and order of this Court dated May 4, 2016 (People v Clemente, 139 AD3d 751 [2016]), denying branches of his application which were, inter alia, for a writ of error coram nobis to vacate a decision and order of this Court dated May 22, 1989 (People v Clemente, 150 AD2d 709 [1989]), which reversed an order of the Supreme Court, Queens County, dated March 22, 1988, dismissing the indictment on the ground that he had been deprived of his constitutional right to a speedy trial.
 

 Ordered that the application is denied.
 

 The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]).
 

 Eng, P.J., Dillon, Leventhal and Chambers, JJ., concur.